**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Mark A. Donahue | Case No.: 08–46822 LT 7 |
|---|---|
| Debtor(s) | Chapter: 7 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 11/24/2008 dismissing the above–captioned case.

Dated: <u>11/24/08</u>　　　　　　　　　　For the Court:

　　　　　　　　　　　　　　　　　　　Gloria L. Franklin
　　　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

Doc # 9